UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE N. ALLEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON PRICE, et al.,<br><br>　　　　Defendants. | No.  1:22-cv-01547-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 9) |

Plaintiff George N. Allen ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* in a civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 30, 2023, the Magistrate Judge issued findings and recommendations that Plaintiff has failed to obey the Court's orders and, in so doing, has failed to prosecute this action.  (ECF No. 9.)  Specifically, the Magistrate Judge found that Plaintiff failed to file a first amended complaint, a notice of voluntary dismissal, or a notice that he wished to proceed on his cognizable claims following the screening order.  (*Id*. at 2-4.)  Plaintiff was to file any objections to the findings within fourteen days.  (*Id*. at 4.)  To date, no objections have been filed, and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

*de novo* review of this case.  Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations, (ECF No. 9), issued June 30, 2023, are ADOPTED in full;
2. This action is DISMISSED without prejudice for Plaintiff's failure to obey court orders and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 22, 2023

_____
UNITED STATES DISTRICT JUDGE

2